UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KEVIN BRIGHT,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:25-cv-05422-JHC<br><br>ORDER ON MOTION TO AMEND THE SCHEDULING ORDER<br><br>Note on Motion Calendar: October 1, 2025 |

Based on Defendant's Motion to Amend the Scheduling Order, Dkt. # 12, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 7, 2025, to file a response to Plaintiff's Opening Brief; and

ORDER RE MOT. AMEND SCHEDULING ORDER -
Page 1 - 3:25-cv-05422-JHC

• The optional Reply Brief may be filed by November 21, 2025 or within 14 days of the filing of Defendant's Responsive Brief, whichever is earlier.

DATED this 1st day of October, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE