UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN BRIGHT, | Case No. 3:25-cv-05422-JHC |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the parties' stipulated motion, it is hereby ORDERED that this case be reversed and remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and a new decision. The Appeals Council will instruct the ALJ to take further action to complete the administrative record, as warranted.

After judgment, Plaintiff may be entitled to reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 6th day of November, 2025.

_John H. Chun_

JOHN H. CHUN
U.S. DISTRICT COURT JUDGE

ORDER - 1