UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN BRIGHT,<br><br>      Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 3:25-cv-05422-JHC<br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on November 6, 2025.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 6th day of November, 2025.

*John H. Chun*
JOHN H. CHUN
U.S. DISTRICT COURT JUDGE

JUDGMENT - 1